THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | CASE NO. C16-1428-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SNOHOMISH COUNTY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulate motion to stay (Dkt. No. 16). The parties wish to negotiate a settlement during the stay. (*Id.*) The Court, finding good cause, GRANTS the motion and VACATES the status conference. The case is stayed until December 18, 2017, by which time parties will either inform the Court that the case has been settled or request a new date for a status conference with the Court. Alternatively, the Court will lift the stay (and set a new status conference) upon motion by either party if such party has determined that settlement on all issues is unlikely. The Court directs the Clerk to statistically CLOSE the case.

//

//

DATED this 19th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk